**Order filed October 4, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00464-CV
_____

### IN THE INTEREST OF K.C.L. AND M.W.L., CHILDREN

**On Appeal from the County Court at Law No. 2
Galveston County, Texas
Trial Court Cause No. 16-FD-2240**

## O R D E R

Appellant C.N.L.'s brief was due September 28, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court by **October 29, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM